No. 04-134.  GRIGSBY v. MIAMI-DADE COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04-135.  FOTIADES v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 04-136.  TENNESSEE LABORERS HEALTH AND WELFARE FUND v. RODRIGUEZ.  C. A. 6th Cir.  Certiorari denied.

No. 04-138.  LIFE INVESTORS INSURANCE COMPANY OF AMERICA v. JOHNSON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04-139.  LAKE PARK POST, INC., ET AL. v. FARMER.  Ct. App. Ga.  Certiorari denied.

No. 04-140.  JIMENA v. 111 ZUMA CORP.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 04-141.  KING v. ENTERGY OPERATIONS, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 04-142.  SANTINI ET AL. v. CONNECTICUT HAZARDOUS WASTE MANAGEMENT SERVICE.  C. A. 2d Cir.  Certiorari denied.

No. 04-143.  BERRY ET AL. v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.  C. A. 6th Cir.  Certiorari denied.

No. 04-153.  MOORE v. JUDICIAL INQUIRY COMMISSION OF THE STATE OF ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 04-156.  NAMEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04-158.  CHADWICK v. CAULFIELD, WARDEN, ET AL. Super. Ct. Pa.  Certiorari denied.

No. 04-159.  REGAN v. METROPOLITAN LIFE INSURANCE CO. ET AL.  C. A. 2d Cir.  Certiorari denied.